IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPT. OF POLICE AND CITY OF VACAVILLE, CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-03108-MMC<br><br>**ORDER EXTENDING DEADLINE FOR PLAINTIFF TO SERVE DEFENDANTS; CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

　　　　On May 24, 2018, plaintiff filed his complaint in the above-titled action. By order filed May 30, 2018, the Court denied plaintiff's application to proceed in forma pauperis, without prejudice to plaintiff's filing an amended application. By order filed July 6, 2018, the Court denied plaintiff's amended application, and directed plaintiff to make partial payment of the filing fee in the amount of $200, which amount plaintiff paid on August 2, 2018.

　　　　To date, the docket does not reflect that plaintiff has effectuated service of process on any defendant. Under Rule 4 of the Federal Rules of Civil Procedure, a plaintiff must serve a defendant "within 90 days after the complaint is filed," a period of time a court may extend. See Fed. R. Civ. P. 4(m). As plaintiff paid the requisite filing fee on August 2, 2018, the Court hereby extends the deadline and DIRECTS plaintiff to serve each defendant with the summons and complaint, as well as a copy of this order, no later than November 2, 2018, and to file proof of such service no later than November 9, 2018.

　　　　Lastly, as no defendant has been served, the Court hereby CONTINUES the Initial Case Management Conference from August 24, 2018, to December 14, 2018, at 10:30

a.m., Courtroom 7, 450 Golden Gate Avenue, San Francisco, California. A Joint Case Management Statement shall be filed no later than December 7, 2018.

**IT IS SO ORDERED.**

Dated: August 10, 2018

MAXINE M. CHESNEY
United States District Judge